IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE:  Keys, Minnie C | Case Number: 05 B 15187 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 2/5/08 | Filed: 4/19/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 10, 2007
Confirmed: June 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 9,150.00 |  |
| Secured: |  | 5,705.25 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 444.75 |
| Other Funds: |  | 300.00 |
| Totals: | 9,150.00 | 9,150.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,700.00 | 2,700.00 |
| 2. | Consumer Portfolio Services | Secured | 9,571.33 | 5,705.25 |
| 3. | Premier Bankcard | Unsecured | 40.37 | 0.00 |
| 4. | Consumer Portfolio Services | Unsecured | 485.90 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 88.29 | 0.00 |
| 6. | Pay Day Loans | Unsecured | | No Claim Filed |
| 7. | Cash Net | Unsecured | | No Claim Filed |
| 8. | Burnham Anesthesiology Group | Unsecured | | No Claim Filed |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 11. | Premier Bankcard | Unsecured | | No Claim Filed |
| 12. | Mercy Hospital | Unsecured | | No Claim Filed |
| 13. | I Got It Loan | Unsecured | | No Claim Filed |
| 14. | JVDB Smith Assoc | Unsecured | | No Claim Filed |
| 15. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 16. | Mercy Hospital | Unsecured | | No Claim Filed |
| 17. | Michael Reese Hospital | Unsecured | | No Claim Filed |
| 18. | First Premier | Unsecured | | No Claim Filed |
| 19. | Pay Day Advance Cash To Go | Unsecured | | No Claim Filed |
| 20. | Rio Resources | Unsecured | | No Claim Filed |
| 21. | Bank One | Unsecured | | No Claim Filed |
| 22. | Medical Building Bureau | Unsecured | | No Claim Filed |
| 23. | National Credit Collection | Unsecured | | No Claim Filed |
| 24. | Capital One | Unsecured | | No Claim Filed |
| 25. | First Premier | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Keys, Minnie C

Printed: 2/5/08

Case Number: 05 B 15187
Judge: Hollis, Pamela S
Filed: 4/19/05

| | | | |
|---|---|---|---|
| 26. Orchard Bank | Unsecured | | No Claim Filed |
| | | $ 12,885.89 | $ 8,405.25 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 27.00 |
| 5.5% | 156.75 |
| 5% | 45.00 |
| 4.8% | 86.40 |
| 5.4% | 129.60 |
| | $ 444.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____